JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Charles Perry Copeland<br>Arlene Diane Copeland,<br><br>　　　　　　　　Debtors<br>Michael R. Perez, et al.,<br><br>　　　　　　　　Appellants,<br>v.<br><br>Charles Perry Copeland, et al.,<br><br>　　　　　　　　Appellees. | CV 22-243 DSF<br><br>6:13-bk-25280-SY<br>6:13:ap-01449-SY<br><br>ORDER DISMISSING APPEAL<br>FOR LACK OF PROSECUTION |

　　The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution with a response date of May 16, 2022, and appellants having failed to make an adequate and timely response, this is appeal is dismissed for lack of prosecution.

　　IT IS SO ORDERED.

Date: May 31, 2022

　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge